DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
ALEXIS J. LOEB (CABN 269895)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-558 YGR |
| Plaintiff, | JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AND |
| v. | |
| DOMINICK WONG, et al, | [PROPOSED] |
| Defendants. | ORDER CONTINUING HEARING AND EXLUDING TIME |

     The parties submit this status report to advise the Court of the current status of discovery and the progress towards resolution, and to ask that the Court continue the status hearing, currently scheduled for September 2, 2020 at 2:00 p.m., to September 16, 2020, or a date as soon thereafter as is convenient for the Court.  The parties also ask that the Court exclude time between September 3, 2020 to September 16, 2020 or the date the parties next appear.[1]

     Since the last parties last updated the Court, the government has worked to provide records responsive to a request from defense counsel.  The government has identified records in the discovery responsive to defense counsel's request, and expects to provide additional records today.  If a dispute

---

[1] While the next hearing is now set for September 2, the Court previously excluded time until September 3, so the new requested exclusion runs from that date.

STIP. AND PROPOSED ORDER       1
CR 19-558 YGR

arises that the parties are unable to resolve, they will advise the Court and seek a briefing schedule. The government has also conducted a reverse proffer to give the defendants and their attorneys a preview of the evidence in the case and how it fits together. Following the reverse proffer, the government circulated draft plea agreements to each of the defendants. The parties have had productive discussions regarding a potential pretrial resolution of this matter, and believe that a short continuance will better enable them to advise the Court regarding the appropriate next steps. Moreover, on August 28, 2020, the Court advanced the status hearing from September 3 to September 2, and lead government counsel has a conflict with the new hearing date. The defendants are out of custody.

Due to the need to continue to review the discovery provided and to assess the potential for pretrial resolution, the parties stipulate and agree that it is appropriate to exclude time between September 3, 2020 and September 16, 2020 to allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that the ends of justice served by excluding the time from September 3, 2020 to September 16, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED:  August 31, 2020                             Respectfully submitted,

                                                    DAVID L. ANDERSON
                                                    United States Attorney

                                                    _____/s/_____
                                                    FRANK J. RIEBLI
                                                    ALEXIS J. LOEB
                                                    Assistant United States Attorneys

DATED:  August 31, 2020                             ____/s/ Frank Riebli w/ permission
                                                    JOANNA SHERIDAN
                                                    Counsel for Defendant Eshai Delacruz

DATED:  August 31, 2020                             ____/s/ Frank Riebli w/ permission
                                                    ANDREW CANTOR
                                                    Counsel for Defendant Rohan Kumar

DATED:  August 31, 2020                             ____/s/ Frank Riebli w/ permission
                                                    DOUGLAS RAPPAPORT
                                                    KIRSTEN HAIGH
                                                    Counsel for Defendant Dominick Wong

STIP. AND PROPOSED ORDER                 2
CR 19-558 YGR

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court hereby continues the status hearing from September 2, 2020 to September 16, 2020 at 2:00 p.m. The Court finds that failing to exclude the time from September 3, 2020 through September 16, 2020 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 3, 2020 through September 16, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing in the above-captioned matter is continued from September 2, 2020 through September 16, 2020 at 2:00 p.m., and that the period from September 3, 2020 through September 16, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge